No. A–14. WINSLOW ET AL. v. COYTE, JUDGE, MORGAN COUNTY DISTRICT COURT, COLORADO, ET AL. Application for in-

junction and other relief, addressed to JUSTICE BLACKMUN and referred to the Court, denied. JUSTICE WHITE took no part in the consideration or decision of this application.